### 27490. FLOYD *v.* SAMS.

FELTON, J. In a suit for personal injuries, where the evidence does not demand a finding for the plaintiff, and especially for the exact amount found by the jury, the first grant of a new trial will not be disturbed. *Weinkle* v. *Brunswick & Western Railroad Co.,* 107 *Ga.* 367 (33 S. E. 471); *Baker* v. *McGarr,* 187 *Ga.* 533 (1 S. E. (2d) 403), and cit.
        *Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*
                        DECIDED APRIL 19, 1939.

*Robert B. Blackburn,* for plaintiff. *Poole & Fraser,* for defendant.